**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

James Franklin, III,

Plaintiff,

v.

Commissioner of Social Security Administration,

Defendant.

No. CV-25-00480-TUC-JCH (JEM)

**ORDER**

Before the Court is Magistrate Judge James E. Marner's Report and Recommendation ("R&R") (Doc. 21). Judge Marner recommends reversing the Social Security Administration Commissioner's decision and remanding this case for further administrative proceedings. Doc. 21 at 16. Neither party objects to the R&R. *See generally* Docket.

A district court reviews objected-to portions of an R&R de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to de novo consideration of the issues. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The advisory committee's notes to Federal Rule of Civil Procedure 72(b) state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After independent review, the Court is satisfied that Judge Marner's recommendation is sound. The Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED adopting in full** the R&R (Doc. 21).

**IT IS FURTHER ORDERED reversing** the Commissioner's decision and **remanding** for further administrative proceedings consistent with R&R. The Clerk of Court shall enter judgment accordingly and close this case.

Dated this 13th day of August, 2026.

John C. Hinderaker
United States District Judge